*Warren* Common Pleas, fully settled the estate of the decedent, and that the 50 dollars was then retained by him to pay over to the legatee; and that the relators, in *December*, 1854, demanded said legacy of the executor, but he refused payment, &c.

The defendants answered that *Daniel Swarts* did faithfully perform his duties as executor, &c.; that he has always been ready to pay the 50 dollars for which the plaintiff sues; but that the relators did not, at any time before the commencement of this suit, demand the same; nor have they ever authorized any one to receive the money, &c. There was a reply in denial of the answer, &c.

The cause was submitted to the Court for trial, and final judgment given for the plaintiff.

The record contains a bill of exceptions which sets forth the evidence given on the trial, and states an exception to the judgment, which appears to be the only objection raised to the action of the Court. The decision of the cause turns upon the weight of evidence; but the defendants below, having failed to move for a new trial, the question whether it does or does not sustain the judgment, is not properly before us. We have, however, looked into the evidence, and are of opinion that the Court, in its finding and judgment, committed no error.

The judgment is affirmed, with 10 per cent. damages and costs.

*B. F. Gregory* and *J. Harper*, for the appellants.

*R. A. Chandler*, for the state.

---

YOUNG *v.* SCHURRMANN.

APPEAL from the *Marion* Circuit Court.

*Per Curiam.*—The record is not made up in any of the modes required by the statute and the rules of Court, in order to raise questions to be considered.

The evidence is not all in the record, nor is there any question reserved. *Dillon* v. *Bell*, at the present term (1).

The judgment is affirmed, with 1 per cent. damages and costs.

*J. L. Ketcham* and *I. Coffin*, for the appellant.

*H. C. Newcomb* and *J. S. Harvey*, for the appellee.

(1) This volume, *post.*

May Term,
1857.

BURGE
v.
LUY.

--------

GILBERT and Another *v.* HAYES.

APPEAL from the *Steuben* Circuit Court.

*Per Curiam.*—Suit by *Hayes* against *Gilbert* and *Hutchinson*, for breach of contract.

The issues of fact were tried by jury. Verdict and judgment for the plaintiff. Motion for a new trial overruled, but no exception taken. Also, a motion in arrest of judgment, overruled without exception (1).

The record presents no question to be considered.

The judgment is affirmed, with 2 per cent. damages and costs.

*R. Brackenridge* and *J. Morris*, for the appellants.

(1) See *Wheeler* v. *Carpenter*, *ante*, 153, for cases.

*Saturday,
June 6.*

--------

BURGE and Another *v.* LUY.

APPEAL from the *Cass* Court of Common Pleas.

*Per Curiam.*—Suit upon a note, and judgment by default.

We see no error in the proceedings.

*Saturday,
June 6.*